Robert S. Wagner, OSB #844115
David C. Lewis, OSB #953348
MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, OR 97210-3408
Telephone: (503) 299-6116
Facsimile: (503) 299-6106
E-mail: rsw@miller-wagner.com
          dcl@miller-wagner.com

      Of Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SANDRA E. GINGRICH,<br><br>      Plaintiff,<br><br>vs.<br><br>NORTHERN OREGON REGIONAL CORRECTIONAL FACILITY (NORCOR); BENJAMIN MACLEOD; and MICHAEL J. COOK,<br><br>      Defendants. | Case No. 3:16-cv-00428-HZ<br><br>ORDER OF DISMISSAL |

IT IS HEREBY ORDERED that the Stipulated Motion for Order of Dismissal with Prejudice is GRANTED and this action is dismissed with prejudice and without costs to any party.

DATED this 13 day of March, 2017.

_____
Honorable Marco A. Hernandez

Page 1 -    ORDER OF DISMISSAL